

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 24, 1939

Hon. Bert Ford
Administrator
Texas Liquor Control Board
Austin, Texas

Dear Sir:

Opinion No. O-618
Re: Distributor of beer owning interest
in real estate and premises on which
a retail dealer in beer operates a
beer business.

Your request for an opinion on the following
question:

"Does Section 24, 1(a) of Article 2 of
the Texas Liquor Control Act prohibit a beer
distributor from owning an interest in the
premises of a retail dealer in beer under the
facts set forth?"

has been received by this office.

The facts as we understand them are as follows:

On December 14, 1938 the holder of a
Local Distributor License applied for and
received a license to sell beer at whole-
sale. On or about the 1st day of July,
1938 the holder of this license, being the
owner theretofore of some property in the
same city where his wholesale beer business
was located, made a lease for a period of
five years of this business property. Sub-
sequently the lessee began the operation of
retail beer business on the premises. The
holder of the Local Distributor License has
been cited to appear before the Texas Liquor

Hon. Bert Ford, April 24, 1939, Page 2

Control Board to show cause why his license
should not be cancelled because of this
interest in a retail beer premises.

Section 24 (1)a of Article 2 of the Texas Liquor
Control Act reads as follows:

"It shall be unlawful for any manufac-
turer or distributor directly or indirectly
or through a subsidiary of affiliate, any
agent or any employee, or by any officer,
director, or firm member; (a) ownership of
interest or real estate; to own any interest
in the business of any retail dealer in beer,
or any interest of any kind in the premises
in which any such retail dealer conducts his
or its business."

As we understand the facts, this beer distribu-
tor, not only owns an interest in the premises, on which
there is a retail beer business, but he owns the real
estate on which these premises and business are located.

Clearly, we think, under section 24 of article
2 of the Texas Liquor Control Act, a distributor of beer
cannot continue to hold his license while he owns property
leased to a person who is in the retail beer business and
is carrying on such business on the leased premises.

We trust that the foregoing clearly answers
your question.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Fred C. Chandler*

Fred C. Chandler
Assistant

FCC:AW

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS